IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DARRIN HARDY and
KENNETH HARDY                                                                                    PLAINTIFFS

v.                               Case No. 6:17-cv-06125

HEALTHSOUTH CORPORATION, INC.                                                DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Dismissal. ECF No. 13. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action should be dismissed without prejudice as to all claims and causes of action against HealthSouth Corporation, Inc. The parties further stipulate that each party will bear their own attorney's fees and costs.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs' claims against HealthSouth Corporation, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of April, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge